Form 170 – ntchrgdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−19210−SLM
                Chapter: 7
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth L Loia
   117 Main Street, Apartment #3
   Andover, NJ 07821

Social Security No.:
   xxx−xx−3781

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee John Sywilok.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 8/28/18
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: July 19, 2018
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-19210-SLM
Kenneth L Loia                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Jul 19, 2018
                             Form ID: 170             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db              +Kenneth L Loia,   117 Main Street, Apartment #3,   Andover, NJ 07821-4578
517514863       +At&T Universal Citi Card,   Po Box 6500,   Sioux Falls, SD 57117-6500
517514865       +Berman, Sauter, Record & Jardin,   PO Box 2249,   Morristown, NJ 07962-2249
517514872       +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
                  Cleveland, OH 44181-0315
517514874       +First National Credit Card/Legacy,   First National Credit Card,   Po Box 5097,
                  Sioux Falls, SD 57117-5097
517514875       +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
517514877       +Garden State Urology,   PO Box 912,   Whippany, NJ 07981-0912
517514878        Hill Wallack,   PO Box 5226,   Princeton, NJ 08543-5226
517514880        Laboratory Corporation of America,   PO Box 2240,   Burlington, NC 27216-2240
517514882       +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
517514885       +Sunrise Credit Service,   260 Airport Plaza,   Farmingdale, NY 11735-4021
517514887        Wffinancial,   Mac 4031-080,   Phoenix, AZ 85038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2018 23:08:24     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2018 23:08:22     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517514862       +E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2018 23:07:38     Ally Financial,
                  Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
517514866       +E-mail/Text: bankruptcy@usecapital.com Jul 19 2018 23:09:21     Capital Accounts,
                  Po Box 140065,   Nashville, TN 37214-0065
517514867       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 23:10:10     Capital One,
                  Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517514871       +E-mail/Text: bkr@cardworks.com Jul 19 2018 23:07:32     Cardworks/CW Nexus,   Attn: Bankruptcy,
                  Po Box 9201,   Old Bethpage, NY 11804-9001
517514873       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 19 2018 23:09:45     Credit One Bank Na,
                  Po Box 98873,   Las Vegas, NV 89193-8873
517514881        E-mail/Text: bkr@cardworks.com Jul 19 2018 23:07:32     Merrick Bank,   PO Box  660702,
                  Dallas, TX 75266-0702
517514884       +E-mail/Text: clientservices@simonsagency.com Jul 19 2018 23:09:01     Simons Agency, Inc.,
                  Attn: Bankruptcy,   4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
517514886       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 23:10:36     Synchrony Bank/Care Credit,
                  Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517514868*      +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
517514869*      +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
517514870*      +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
517514876*      +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
517514879*       Hill Wallack,   PO Box 5226,   Princeton, NJ 08543-5226
517514864      ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517514883      ##+Rent Recover,   729 N Rt 83 Ste 320,   Bensenville, IL 60106-1256
                                                                                  TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin                  Page 2 of 2                  Date Rcvd: Jul 19, 2018
                                Form ID: 170                 Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2004-06) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Highpoint Condominium Association, Inc.
               eholdren@hillwallack.com, jhanley@hillwallack.com
              John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Joseph J Mania, III    on behalf of Debtor Kenneth L Loia jmbanklaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS 2004-06) kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```