UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

John W. Sywilok, Esq. (JS 2289)
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601
(201) 487-9390
Attorneys for Trustee

In Re:

KENNETH L. LOIA,

                                Debtor.

Order Filed on August 30, 2018
by Clerk, U.S. Bankruptcy
Court District of New Jersey

Court District of New Jersey

Chapter 7

Case No. 18-19210

Hearing Date: 08/28/2018

Judge: Stacey L. Meisel

## ORDER OF DISMISSAL

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: August 30, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

File No. 64319

DEBTOR(S):             KENNETH L. LOIA

CASE NO.:              18-19210/SLM

DOCUMENT NAME:         ORDER OF DISMISSAL

_____

THIS MATTER, being opened to the Court by John W. Sywilok, Esq., of John W. Sywilok LLC, Attorneys for Trustee, and coming before the Honorable Stacey L. Meisel on Tuesday, August 28, 2018, seeking the entry of an Order dismissing the Bankruptcy Proceedings against the Debtor, and good cause appearing; it is

ORDERED that this case is dismissed and that any discharge that was granted to said debtor is revoked.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19210-SLM
Kenneth L Loia                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 31, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db              +Kenneth L Loia,    117 Main Street, Apartment #3,    Andover, NJ 07821-4578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWABS 2004-06) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Highpoint Condominium Association, Inc.
           eholdren@hillwallack.com,   jhanley@hillwallack.com
          John  Sywilok    sywilokattorney@sywilok.com,   nj26@ecfcbis.com
          John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,   nj26@ecfcbis.com
          Joseph J Mania, III    on behalf of Debtor Kenneth L Loia jmbanklaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWABS 2004-06) kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7