**Order Filed on September 26, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Kenneth L. Loia

Case No.:  18-19210

Chapter:  7

Hearing Date:  September 25, 2018

Judge:  Stacey L. Meisel

**ORDER DENYING MOTION
WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: September 26, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: *Kenneth L. Loia*
Case No.: 18-19210
Caption of Order: Order Denying Motion Without Prejudice

---

**THIS MATTER** having been brought before the Court by debtor Kenneth L. Loia, through counsel Joseph J. Mania, III, on a *Motion for Order Reinstating Chapter 7 Case* (Docket No. 20) ("**Motion**"), this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

  ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

  ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

  ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

  ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

  ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☐ **Failure to comply with notice requirements under Kenneth L. Loia.**

☐ **Failure to comply with the procedures concerning a *Notice of* Choose an item..**

☒ **Other:** Debtor failed to provide notice of the Motion to all creditors listed in the creditor matrix.

It is hereby **ORDERED** that the Motion is DENIED, without prejudice.