**Order Filed on September 26, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Kenneth L. Loia

Case No.:       18-19210

Chapter:        7

Hearing Date:   September 25, 2018

Judge:          Stacey L. Meisel

**ORDER DENYING MOTION
WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: September 26, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:           *Kenneth L. Loia*
Case No.:         18-19210
Caption of Order: Order Denying Motion Without Prejudice

**THIS MATTER** having been brought before the Court by debtor Kenneth L. Loia, through counsel Joseph J. Mania, III, on a *Motion for Order Reinstating Chapter 7 Case* (Docket No. 20) ("**Motion**"), this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

　☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

　☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

　☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

　☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

　☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☐ **Failure to comply with notice requirements under Kenneth L. Loia.**

☐ **Failure to comply with the procedures concerning a *Notice of* Choose an item..**

☒　**Other:** Debtor failed to provide notice of the Motion to all creditors listed in the creditor matrix.

It is hereby **ORDERED** that the Motion is DENIED, without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-19210-SLM
Kenneth L Loia                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 26, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db              +Kenneth L Loia,    117 Main Street, Apartment #3,    Andover, NJ 07821-4578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2004-06) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Highpoint Condominium Association, Inc.
               eholdren@hillwallack.com,    jhanley@hillwallack.com
              John   Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              John   Sywilok    on behalf of Trustee John   Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              Joseph J Mania, III    on behalf of Debtor Kenneth L Loia jmbanklaw@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS 2004-06) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7